125 A.3d 728

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Nancy A. COHEN, Respondent.

Misc. Docket AG No. 22, Sept. Term, 2015.

Court of Appeals of Maryland.

Nov. 18, 2015.

*ORDER*

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Nancy A. Cohen. The Court, having considered the Petition and the record herein, it is this 18th day of November, 2015,

ORDERED, that Respondent, Nancy A. Cohen, be and she is hereby REPRIMANDED for violating Rule 1.9(a) of the Maryland Lawyers' Rules of Professional Conduct.